UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| STEPHANIE ANDERSON, PHETSAMONE "MAO" DARY, MORIAH DEMERS, CHAD ENGELBY, THOMAS ENGLISH, DEANNA HOBBS, KEN JOHNSON, BRIAN KRUSCHKE, JEFFREY DALLMAN and JADE SAND, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | CIV. 17-5010-JLV <br><br> JUDGMENT |

Consistent with the court's order (Docket 95), it is

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of defendant and against plaintiffs.

Dated September 30, 2019.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE